# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | **ORDER RE SUBSTITUTION OF** |
| Plaintiff, | ) | **COUNSEL** |
| | ) | |
| vs. | ) | |
| | ) | Case No.: 4:11-mj-115 |
| Jose Luis Munoz-Reyes, | ) | |
| | ) | |
| Defendant. | ) | |

Defendant made his initial appearance in the above-entitled action on December 27, 2011. The court, pursuant to 18 U.S.C. § 3006A, appointed attorney Thomas Jackson to represent Defendant at his initial appearance and with the understanding that the Federal Public Defender for the District of North Dakota will represent Defendant in all future proceedings.

Accordingly, the court **GRANTS** Mr. Jackson leave to withdraw and appoints the Federal Public Defender for the District of North Dakota to represent the Defendant in this matter. The Defender's office is directed to file a Notice of Appearance designating the specific Assistant Federal Public Defender who will appear as counsel of record in the case.

**IT IS SO ORDERED.**

Dated this 27th day of December, 2011.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr.
United States Magistrate Judge